UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHESTER HELDERMAN, on behalf of
himself and all others similarly situated,

Plaintiff,

v.

RENEE'S TRUCKING, DENNIS
MIDGETT, and JOYCE RENEE MIDGETT,
Defendants.

Case No. 08-cv-141-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: January 9, 2009**

**Approved:**    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**